UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,           Case No. 1:09-cr-186

      Plaintiff,                        Hon. Avern Cohn

v.

D-1, JOSE SANDOVAL,

      Defendant.
_____/

## ORDER RELEASING MATERIAL WITNESS ON PERSONAL RECOGNIZANCE BOND

The Court being informed by motion of the United States on August 20, 2009, that the deposition of Harlenne Perez-Trujillo, a/k/a Rocio Hernandez-Garcia, was taken on August 14, 2009, and having heard from the parties on the Government's motion for her discharge as a material witness pursuant to Fed. R. Crim. P. 15(a)(2), the Court **ORDERS** that Harlenne Perez-Trujillo, a/k/a Rocio Hernandez-Garcia, be released on a personal recognizance bond with the specific conditions that she not make herself unavailable to testify at the trial in this matter and that she comply with the supervision of the immigration authorities.

Dated: August 28, 2009                                  s/ Avern Cohn
                                                                  Hon. Avern Cohn
                                                                   U.S. District Judge