UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JOSE A. SANDOVAL,

    Defendant.
_____/

Case No. 1:09-186
Hon: AVERN COHN
(sitting by assignment)

## ORDER REGARDING DEFENDANT'S MOTIONS IN LIMINE

This is a criminal case. Defendant Jose Sandoval (Sandoval) is charged with Obstruction of Justice (18 U.S.C. § 1503) and Suborning Perjury (18 U.S.C. § 1622). Trial is scheduled to begin on April 26, 2010. Now before the Court are defendant's motions in limine. For the reasons stated on the record on April 21, 2010 defendant's motion in limine regarding Barrera-Trejo visit to Mexican family is WITHDRAWN, defendant's motion in limine regarding defendant's immigration and character and fitness issues is GRANTED, and defendant's motion in limine to exclude other acts evidence is GRANTED in part and DENIED in part.

    SO ORDERED.

Dated: April 21, 2010

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 21, 2010, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160