UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                           Case No. 1:09-186

-vs-                                   Hon: AVERN COHN

                                           (sitting by assignment)

JOSE A. SANDOVAL,

     Defendant.

_____/

**ORDER**

     This is a criminal case. Defendant Jose Sandoval (Sandoval) is charged with Obstruction of Justice (18 U.S.C. § 1503) and Suborning Perjury (18 U.S.C. § 1622). Trial is scheduled to begin on April 26, 2010. Now before the Court is Federal Public Defender Ray Kent, Assistant Federal Public Defender Sean Tilton, and Federal Public Defender Investigator Elias Ortiz's motion seeking stay and to quash government and defendant subpoenas. For the reasons stated on the record on April 22, 2010 the motion is DENIED. Questions related to the scope of Miguel Angel Najera-Sotelo's waiver of privilege must be decided in the context of trial.

     SO ORDERED.


Dated: April 22, 2010                     s/Avern Cohn_____

                                      U.S. District Court Judge