UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,                    CRIMINAL NO. 1:09-cr-186

v.

                                  DISTRICT JUDGE AVERN COHN

JOSE A. SANDOVAL,

       Defendant.
                                  /

**ORDER GRANTING MOTION TO EXTEND TIME
FOR FILING MOTION FOR JUDGMENT OF ACQUITTAL,
OR IN THE ALTERNATIVE, FOR A NEW TRIAL**

      Before the Court the above referenced motion filed by the defendant. The defendant seeks and extend the time for filing motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure for a period of 21 days. The Court being fully advised in the premises,

      IT IS ORDERED that the motion is GRANTED. The preparation of the pre-sentence investigation report and sentencing shall not be delayed by this extension.


Dated: May 18, 2010                S/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 18, 2010, by electronic and/or ordinary mail.

                                                    S/Julie Owens
                                                  Case Manager, (313) 234-5160